No. 349. SOUTHEASTERN GREYHOUND LINES ET AL. *v.* McCAFFERTY. C. A. 6th Cir. Certiorari denied. *R. W. Keenon* for petitioners. *Cecil C. Wilson* for respondent.

No. 280. LOCKE MACHINE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Walker H. Nye* and *Thomas V. Koykka* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Harry Baum* for respondent.

No. 307. ADKINS ET AL. *v.* HAMILTON, TAX COLLECTOR. Supreme Court of Alabama. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Hugh A. Locke* for petitioners. *A. A. Carmichael,* Attorney General of Alabama, for respondent.

No. 311. McGOWAN *v.* J. H. WINCHESTER & Co., INC.; and

No. 312. BURO *v.* AMERICAN PETROLEUM TRANSPORT CORP. ET AL. Petition for an extension of time *nunc pro tunc* to file petition for writs of certiorari denied. Petition for writs of certiorari to the United States Court of Appeals for the Second Circuit denied for the reason that application therefor was not made within the time provided by law. *Jacob Rassner, Nathan Baker* and *Thomas O'Rourke Gallagher* for petitioners. *John L. Quinlan* for respondents. Reported below: 168 F. 2d 924.